IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| DARRELL RICARDO WHYTE, | ) |
| Claimant, | ) |
| | ) 3:23-cv-1321 |
| | ) Crenshaw/Holmes |
| vs. | ) |
| BRENNA K. BELL, et al., | ) |
| Defendants. | ) |

### MOTION for ENTRY OF FINAL JUDGMENT PURUSANT TO FED. R. CIV. P. 54(b)
### Filed on behalf of
### DISTRICT ATTORNEY GENERAL JENNINGS JONES

District Attorney General Jennings Jones moves for a final judgment pursuant to Fed. R. Civ. P. 54(b), which provides: "any order . . . that adjudicates fewer than all the claims or the rights and liabilities of fewer than all the parties does not end the action as to any of the claims or parties . . ." unless the court directs entry of a final judgment for those parties or claims upon the express finding of "no just reason for delay." Fed. R. Civ. P. 54(b).

This Court dismissed the claims against General Jones on October 31, 2024. Memorandum and Order, D.E. 24, Page ID # 132-33. There are other Defendants remaining as parties to this action. This court should expressly direct entry of a final judgment in favor of General Jones because "there is no just reason for delay."

Based upon Fed. R. Civ. P. 54(b), District Attorney General Jennings Jones requests that the judgment entered in his favor be directed as final.

Respectfully submitted,

JONATHAN SKRMETTI
ATTORNEY GENERAL AND REPORTER

By: */s/ Heather C. Ross*
Heather C. Ross, BPR No. 015644
Senior Assistant Attorney General
Tort Litigation Division
Office of the Attorney General
P.O. Box 20207
Nashville, TN 37202-0207
(615) 532-2559
*Attorney for District Attorney General*
*Jennings Jones*

## CERTIFICATE OF SERVICE

I hereby certify that, on December 30, 2024, a true and correct copy of the foregoing *Motion for Entry of Final Judgment* was served via CM/ECF to all parties indicated on the electronic filing receipt and mailed to the following:

Darrell Ricardo Whyte
General Delivery
5427 Little Hope Road
Murfreesboro, TN  37129

*/s/ Heather C. Ross*