IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | | |
|---|---|---|
| DARRELL RICARDO WHYTE, | ) | |
| | ) | |
|     Claimant, | ) | |
| | ) | 3:23-CV- 01321 |
| vs. | ) | Crenshaw/Holmes |
| | ) | |
| BRENNA K. BELL, ET AL., | ) | |
| | ) | |
|     Defendants. | ) | |

---

**DEFENDANT SONYA S. WRIGHT'S MOTION FOR ENTRY OF FINAL JUDGMENT PURSUANT TO FED. R. CIV. P. 54(B)**

---

Defendant Sonya S. Wright moves for a final judgment pursuant to Fed. R. Civ. P. 54(b), which provides: "any order . . . that adjudicates fewer than all the claims or the rights and liabilities of fewer than all the parties does not end the action as to any of the claims or parties . . ." unless the court directs entry of a final judgment for those parties or claims upon the express finding of "no just reason for delay." Fed. R. Civ. P. 54(b).

This Court dismissed the claims against Ms. Wright on October 31, 2024. Memorandum and Order, D.E. 24, Page ID # 132-33. There are other Defendants remaining as parties to this action. This court should expressly direct entry of a final judgment in favor of Ms. Wright because "there is no just reason for delay."

Based upon Fed. R. Civ. P. 54(b), Defendant Sonya S. Wright requests that the judgment entered in her favor be directed as final.

1

Respectfully submitted,

*/s/ Sonya S. Wright*
Sonya S. Wright (023898)
SMITH-WRIGHT LAW, PLLC
122 N. Church Street
Murfreesboro, TN  37130
(615) 800-4747, telephone
(615) 900-3473, facsimile
sonya@smithwrightlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that, on December 31, 2024, a true and correct copy of the foregoing *Motion for Entry of Final Judgment* was served via CM/ECF to all parties indicated on the electronic filing receipt and mailed to the following:

Darrell Ricardo Whyte
5427 Little Hope Road
Murfreesboro, TN 37129

*/s/ Sonya S. Wright*
Sonya S. Wright